```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                            Case No. 16-00169-RNO
Arthur R. Alterio, Jr.                                            Chapter 13
Cristina S. Alterio
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: karendavi          Page 1 of 1          Date Rcvd: Dec 20, 2016
                              Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2016.
db/jdb         +Arthur R. Alterio, Jr.,   Cristina S. Alterio,   116 Peregrine Lane,
                Hummelstown, PA 17036-8846

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2016                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2016 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Craig A. Diehl    on behalf of Joint Debtor Cristina S. Alterio cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com
              Craig A. Diehl    on behalf of Debtor Arthur R. Alterio, Jr. cdiehl@cadiehllaw.com,
               jhanawalt@cadiehllaw.com
              Joshua I Goldman    on behalf of Creditor   PNC Bank, National Association bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    PNC Bank, National Association tpuleo@goldbecklaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Arthur R. Alterio Jr.<br>aka Ron Alterio, dba ALT Consulting, fdba Basic Elements Nutrition<br>116 Peregrine Lane<br>Hummelstown, PA 17036 | Chapter 13<br>Case No. 1:16−bk−00169−RNO |
| Cristina S. Alterio<br>116 Peregrine Lane<br>Hummelstown, PA 17036 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−7956
46−1562744
xxx−xx−1245

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: December 20, 2016    By the Court,

Honorable Robert N. Opel
United States Bankruptcy Judge
By: karendavis, Deputy Clerk